**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DEONHA SEYMOUR, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 23-2047 |
| | ) | Magistrate Judge Maureen P. Kelly |
| v. | ) | |
| | ) | Re: ECF No. 22 and 25 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Motion for Sanctions filed by Defendant Portfolio Recovery Associates, LLC, ECF No. 25, and the Motion to Dismiss the Complaint with Prejudice filed by Plaintiff Deonha Seymour, ECF No. 22, and for the reasons set forth in the accompanying Memorandum Opinion,

IT IS HEREBY ORDERED this 22nd day of December 2025 that Portfolio's Motion for Sanctions is granted in part and this action is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Seymour's Motion to Dismiss is DENIED AS MOOT.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, any appeal from this Order must be docketed within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P., with the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219.

BY THE COURT:

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc: All counsel of record via ECF